# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

ALISE MANESS,
Plaintiff,

CASE NUMBER: 1:11-cv-1356-JDB-egb

v.

APRIA HEALTHCARE, INC.,
Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 2/6/2012, this case is hereby dismissed with prejudice of all claims brought in this lawsuit.  Each party to bear its own cost.

**APPROVED:**

                   s/J. Daniel Breen
                   **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**